## (January 21, 1957)

■ ROBINSON J. GOODALE, Respondent, v. GIBSON & CUSHMAN, INC., Appellant and Third-Party Plaintiff. DE FRIEST SHIPYARD Co., INC., Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 2 A D 2d 902.]

■ In the Matter of the Probate of the Will of MORT DIXON, Deceased. JACK KORSHIN, Appellant; ESTELLE B. JAFFEE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 2 A D 2d 987.]

■ In the Matter of the Arbitration between FIRST NATIONAL OIL CORPORATION, Appellant, and RAFAEL ARRIETA et al., Copartners Doing Business as FLORIDA MOLASSES COMPANY, Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. [See 2 A D 2d 590.]

■ In the Matter of the Accounting of FREDERICK OSWALD, as Executor of KATHERINE A. KUNZ, Also Known as KATHERINE A. HARKINS, Deceased. JOHN HARKINS, Appellant; FREDERICK OSWALD, as Executor of KATHERINE A. KUNZ, Deceased, et al., Respondents.— Motion to dismiss appeals granted, with $10 costs, and appeals dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CLARENCE LEVENTHAL, Respondent, v. ROSLYN MANOR, INC., Respondent. ROSLYN MANOR, INC., Interpleading Plaintiff-Respondent, v. JENNIE C. CAPOBIANCO, Individually and Trading as North Shore Realty Co., Impleaded Defendant-Appellant. ROSLYN MANOR, INC., Third-Party Plaintiff-Respondent, v. LAKE SUCCESS DEVELOPERS, INC., et al., Third-Party Defendants-Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 2 A D 2d 982.]

■ KATHERINE PIEPER, Appellant, v. EVELYN P. RENKE, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See 2 A D 2d 994.]

■ CAROLINE SMULCZESKI, Appellant, v. CITY CENTER OF MUSIC AND DRAMA, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy, and Ughetta, JJ. [See 2 A D 2d 998.]

■ ACE TACKLESS CORPORATION, Respondent, v. AMERICAN TACKLESS CORPORATION et al.,Defendants, and IRVING ALEXANDER et al., Appellants.— Appeal from an order granting a motion to vacate appellants' notice to examine respondent before trial. Order reversed, with $10 costs and disbursements, and motion denied; the examination to proceed on five days' notice. Appellants are entitled to examine respondent to establish their affirmative defense that the contract sued upon is illegal (Borger v. Ruegg, 272 App. Div. 917; Schatzkin v. State Laundry Co., 63 N. Y. S. 2d 446). Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.